UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANGELA ZAFFINO | ) | |
| | ) | |
| v. | ) | NO. 3:14-1909 |
| | ) | JUDGE CAMPBELL |
| METRO. NASHVILLE PUBLIC | ) | |
| SCHOOLS, et al. | ) | |

ORDER

For the reasons discussed in the accompanying Memorandum, Defendant's Motion for Summary Judgment (Doc. No. 57) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute the judgment in this case.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE